UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GROFF, ANTHONY E<br>GROFF, DIANNA L<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 09-18690 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15am on 7/9/10 in Courtroom 201, Will County Court Annex Building, 57 North Ottawa St. Joliet IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2010         By:    /s/DEBORAH K. EBNER
                                       Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838
**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GROFF, ANTHONY E | § | Case No. 09-18690 |
| GROFF, DIANNA L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,003.94 |
| *and approved disbursements of* | $ 286.00 |
| *leaving a balance on hand of* [1] | $ 29,717.94 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                            *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Deborah K. Ebner Trustee | $ 3,750.39 | $ |
| *Attorney for trustee* | Deborah K. Ebner, ESQ. | $ 1,112.50 | $ 116.04 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Lois West | $ 1,376.00 | $ |
| *Special Attorney for trustee* | Catherine Caporusso | $ 9,990.00 | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                           *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,535.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 11,777.00 | $ 2,403.19 |
| 2 | Roundup Funding, LLC | $ 3,323.54 | $ 678.19 |
| 3 | Advanta Bank Corp | $ 12,298.98 | $ 2,509.70 |
| 4 | American Express Centurion Bank | $ 17,962.09 | $ 3,665.30 |
| 5 | American Express Centurion Bank | $ 654.17 | $ 133.49 |
| 6 | American Express Bank FSB | $ 3,717.61 | $ 758.61 |
| 7 | Chase Bank USA,N.A | $ 2,386.05 | $ 486.89 |
| 8 | Chase Bank USA, N.A. | $ 1,334.11 | $ 272.23 |
| 9 | Chase Bank USA, N.A. | $ 12,081.95 | $ 2,465.41 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                          *Allowed Amt. of Claim   Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                          *Allowed Amt. of Claim   Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/DEBORAH K. EBNER
                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina               Page 1 of 2                   Date Rcvd: May 21, 2010
Case: 09-18690                 Form ID: pdf006             Total Noticed: 57

The following entities were noticed by first class mail on May 23, 2010.
db/jdb        +Anthony E Groff,    Dianna L Groff,    2782 Goldenrod Drive,    Yorkville, IL 60560-3006
aty           +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
                Chicago, IL 60603-6306
aty           +Linda M Salfisberg,    Krentz & Krentz P C,    100 W Main Street,    Plano, IL 60545-1431
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,   Chicago, IL 60603-6306
13952192      +AB Finance Partners, LLC,    13615 S. Dixie Hwy #369,    Miami, FL 33176-7254
13952193     ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court:  Advanta,    PO Box 8088,   Philadelphia, PA 19101)
13952194     ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court:  Advanta Bank Corp,    Po Box 844,   Spring House, PA 19477)
14357074     ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court:  Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701)
13952200      +AMEX,   PO Box 981537,    El Paso, TX 79998-1537
13952195      +Aegis Receivables Management,    PO Box 10908,    San Rafael, CA 94912-0908
13952196      +American Express,    c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
14405808       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
14405807       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
13952204      +Anwar Mosen DO,    2000 Ogden Avenue,    Aurora, IL 60504-7222
13952215      +BAC Home Loans Serv L P fka,    Countrywide Home Loans Serv LP,    c/o McCalla Raymer LLC,
                1544 Old Alabama Road,    Roswell, GA 30076-2102
13952211      +CITGO,    PO Box 6497,   Sioux Falls, SD 57117-6497
13952205      +Capital Management Services, LP,    726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
13952206      +Card Service Center,    PO Box 6275,    Sioux Falls, SD 57117-6275
13952207      +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13952208      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
13952209      +Chase BP,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5841
14424142       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14417015      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
13952210      +Chase- BP,    Attention: Banktruptcy Department,    Po Box 100018,   Kennesaw, GA 30156-9204
13952212      +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
13952213      +Citibank Usa,    Attn.: Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
13952214      +Client Services, Inc.,    Citicards,    PO Box 1503,   Saint Peters, MO 63376-0027
13952216      +Countrywide,    PO Box 650225,    Dallas, TX 75265-0225
13952217      +Countrywide,    PO Box 650070,    Dallas, TX 75265-0070
13952219      +Countrywide,    450 American St,    Simi Valley, CA 93065-6285
13952223      +Countrywide Home Lending,    Attn: Bankruptcy SV-314B,    PO Box 5170,
                Simi Valley, CA 93062-5170
13952224       Countrywide Home Lending,    Attn: Bankruptcy SV-314B,    PO Box 55170,   Simi Valley, CA 93062
13952230      +Emergency Treatment SC,    900 Jori Blvd,    Suite 220,   Oak Brook, IL 60523-3846
13952234      +George and Sam Zayed,    724 Ryegrass Trail,    Aurora, IL 60504-4335
13952235      +Gregerson Radiology Consultants,    0S630 Preston Circle,    Geneva, IL 60134-6109
13952236      +Harlem Furniture/RoomPlace,    PO Box 2974,    Mission, KS 66201-1374
13952237      +Harris Bank,    PO Box 6201,   Carol Stream, IL 60197-6201
13952238      +Harris NA,    111 W Monroe Street,    Chicago, IL 60603-4095
13952239      +Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
13952242      +Marianjoy Rehabilitation Hospital,    5602 Eagle Way,    Chicago, IL 60678-0001
13952243      +Midwest Physician Group,    Dr. James McGuire,    20201 Crawford Avenue,
                Olympia Fields, IL 60461-1010
13952244      +Quest Diagnostics,    PO Box 64804,    Baltimore, MD 21264-4804
13952245      +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
13952249      +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
13952252      +Sears/CBSD,    PO Box 6189,   Sioux Falls, SD 57117-6189
13952253      +Surgical Practice Ltd.,    1980 Three Farms Avenue,    Suite 108,   Naperville, IL 60540-1136
13952254      +United Recovery Systems, LP,    PO Box 722929,    Houston, TX 77272-2929
13952255      +Valley Imaging Consultans,    6910 S Madison Street,    Willowbrook, IL 60527-5504
13952256      +Zwicker & Associates,PC,    80 Minuteman Road,    Andover, MA 01810-1008
The following entities were noticed by electronic transmission on May 21, 2010.
aty           +E-mail/Text: cignettolaw@yahoo.com                             Carleen L Cignetto,
                Carleen L Cignetto,    2 Dearborn Square,    Suite 2,   Kankakee, IL 60901-3960
14265917       E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2010 00:12:20      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13952227       E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2010 00:12:20      Discover,   PO Box 15316,
                Wilmington, DE 19850
13952229       E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2010 00:12:20      Discover Financial Services,
                PO Box 3008,    New Albany, OH 43054
13952228      +E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2010 00:12:20      Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
13952240       E-mail/PDF: cr-bankruptcy@kohls.com May 22 2010 00:14:02      Kohl’s,   N56 W 17000,
                Ridgewood Drive,    Menomonee Falls, WI 53051
13952241      +E-mail/PDF: cr-bankruptcy@kohls.com May 22 2010 00:14:02      Kohls,   Attn: Recovery,
                Po Box 3120,    Milwaukee, WI 53201-3120
14335205       E-mail/PDF: BNCEmails@blinellc.com May 22 2010 00:11:21      Roundup Funding, LLC,   MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 8
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: May 21, 2010
Case: 09-18690                Form ID: pdf006            Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              The Law Office of Deborah Kanner Ebner
13952201*       +AMEX,    PO Box 981537,    El Paso, TX 79998-1537
13952202*       +AMEX,    PO Box 981537,    El Paso, TX 79998-1537
13952203*       +AMEX,    PO Box 981537,    El Paso, TX 79998-1537
13952197*       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13952198*       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13952199*       +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13952218*       +Countrywide,    PO Box 650225,    Dallas, TX 75265-0225
13952220*       +Countrywide,    450 American Street,    Simi Valley, CA 93065-6285
13952221*       +Countrywide,    450 American Street,    Simi Valley, CA 93065-6285
13952222*       +Countrywide,    450 American Street,    Simi Valley, CA 93065-6285
13952225*        Countrywide Home Lending,    Attn: Bankruptcy SV-314B,    PO Box 55170,    Simi Valley, CA 93062
13952226*        Countrywide Home Lending,    Attn: Bankruptcy SV-314B,    PO Box 55170,    Simi Valley, CA 93062
13952231*       +Emergency Treatment SC,    900 Jori Blvd,    Suite 220,    Oak Brook, IL 60523-3846
13952232*       +Emergency Treatment SC,    900 Jori Blvd,    Suite 220,    Oak Brook, IL 60523-3846
13952233*       +Emergency Treatment SC,    900 Jori Blvd,    Suite 220,    Oak Brook, IL 60523-3846
13952250*       +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
13952246*       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
13952247*       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
13952248*       +Rush Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-5893
13952251*       +Rush-Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
                                                                                               TOTALS: 1, * 20

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**          **Signature:**   *Joseph Speetjens*