**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GROFF, ANTHONY E  
      GROFF, DIANNA L

Case No. 09-18690

Chapter 7

_____,  
Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,278.46 *(without deducting any secured claims)* | Assets Exempt: $10,836.00 |
| Total Distribution to Claimants: $11,005.66 | Claims Discharged Without Payment: $80,517.60 |
| Total Expenses of Administration: $15,002.85 | |

    3)  Total gross receipts of $   30,008.51   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   4,000.00   (see **Exhibit 2**), yielded net receipts of $26,008.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $542,758.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,231.39 | 15,002.85 | 15,002.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,689.47 | 65,535.50 | 65,535.50 | 11,005.66 |
| **TOTAL DISBURSEMENTS** | $630,447.47 | $81,766.89 | $80,538.35 | $26,008.51 |

4) This case was originally filed under Chapter 7 on May 22, 2009. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2011          By: /s/DEBORAH K. EBNER
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of Employment Discrimination Complain | 1129-000 | 30,000.00 |
| Interest Income | 1270-000 | 8.51 |
| **TOTAL GROSS RECEIPTS** | | **$30,008.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dianna Groff | exemption reversal | 8100-002 | 4,000.00 |
| Dianna Groff | exemption reversal | 8100-002 | 4,000.00 |
| Dianna Groff | Exemption | 8100-002 | -4,000.00 |
| Dianna Groff | exemption | 8100-002 | -4,000.00 |
| Dianna Groff | Exemption | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide | 4110-000 | 254,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide | 4110-000 | 74,978.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide | 4110-000 | 179,962.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide | 4110-000 | 13,932.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4220-000 | 16,886.00 | N/A | N/A | 0.00 |
| NOTFILED | Harlem Furniture | 4220-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$542,758.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner Trustee | 2100-000 | N/A | 3,350.85 | 3,350.85 | 3,350.85 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,112.50 | 0.00 | 0.00 |
| Deborah K. Ebner, ESQ. | 3120-000 | N/A | 116.04 | 0.00 | 0.00 |
| Catherine Caporusso | 3210-600 | N/A | 9,990.00 | 9,990.00 | 9,990.00 |
| Lois West | 3410-000 | N/A | 1,376.00 | 1,376.00 | 1,376.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 143.00 | 143.00 | 143.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 143.00 | 143.00 | 143.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,231.39 | 15,002.85 | 15,002.85 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 11,452.00 | 11,777.00 | 11,777.00 | 1,977.77 |
| 2 | Roundup Funding, LLC | 7100-000 | N/A | 3,323.54 | 3,323.54 | 558.14 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Advanta Bank Corp | 7100-000 | 12,298.00 | 12,298.98 | 12,298.98 | 2,065.42 |
| 4 | American Express Centurion Bank | 7100-000 | 18,138.71 | 17,962.09 | 17,962.09 | 3,016.45 |
| 5 | American Express Centurion Bank | 7100-000 | 654.00 | 654.17 | 654.17 | 109.86 |
| 6 | American Express Bank FSB | 7100-000 | 3,717.00 | 3,717.61 | 3,717.61 | 624.31 |
| 7 | Chase Bank USA,N.A | 7100-000 | 2,314.00 | 2,386.05 | 2,386.05 | 400.70 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 1,304.00 | 1,334.11 | 1,334.11 | 224.04 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 11,824.00 | 12,081.95 | 12,081.95 | 2,028.97 |
| NOTFILED | Marianjoy Rehabilitation Hospital | 7100-000 | 559.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Physician Group Dr. James McGuire | 7100-000 | 282.50 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 535.00 | N/A | N/A | 0.00 |
| NOTFILED | Gregerson Radiology Consultants | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 31.79 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center | 7100-000 | 273.07 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Surgical Practice Ltd. | 7100-000 | 47.10 | N/A | N/A | 0.00 |
| NOTFILED | Valley Imaging Consultans | 7100-000 | 413.00 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center | 7100-000 | 246.49 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBSD | 7100-000 | 6,064.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 12.81 | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley Medical Center | 7100-000 | 320.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 7,134.00 | N/A | N/A | 0.00 |
| NOTFILED | Emergency Treatment SC | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Anwar Mosen DO | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Oil / Citibank | 7100-000 | 2,429.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 619.00 | N/A | N/A | 0.00 |
| NOTFILED | AB Finance Partners, LLC | 7100-000 | 4,581.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 87,689.47 | 65,535.50 | 65,535.50 | 11,005.66 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18690  
**Case Name:** GROFF, ANTHONY E  
GROFF, DIANNA L  
**Period Ending:** 02/13/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 05/22/09 (f)  
**§341(a) Meeting Date:** 07/13/09  
**Claims Bar Date:** 10/29/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Location: 2782 Goldenrod | 225,000.00 | 0.00 | | 0.00 | FA |
| 2   724 Ryegrass, Aurora, IL 60504 | 225,000.00 | 0.00 | | 0.00 | FA |
| 3   Joint Checking Account | 31.46 | 0.00 | DA | 0.00 | FA |
| 4   Wife's Individual Checking | 10.00 | 0.00 | DA | 0.00 | FA |
| 5   Business Checking Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6   Joint Savings Account | 4.00 | 0.00 | DA | 0.00 | FA |
| 7   Individual Savings Account | 113.00 | 0.00 | DA | 0.00 | FA |
| 8   Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 9   Mattress | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10  Wearing Apparrel | 350.00 | 0.00 | | 0.00 | FA |
| 11  Wedding Rings and other jewelry    AMENDED BY #24 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12  Wachovia Securities | 120.00 | 0.00 | DA | 0.00 | FA |
| 13  2008 Dodge Caliber | 10,000.00 | 0.00 | | 0.00 | FA |
| 14  2001 Dodge Durango | 3,000.00 | 0.00 | | 0.00 | FA |
| 15  1984 Mercury Capri | 500.00 | 0.00 | | 0.00 | FA |
| 16  Joint Checking Account    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17  Wife's Individual Checking    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18  Business Checking Account    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19  Joint Savings Account    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20  Individual Savings Account    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21  Location: 2782 Goldenrod Drive, Yorkville IL    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22  Mattress    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-18690  
**Case Name:** GROFF, ANTHONY E  
GROFF, DIANNA L  
**Period Ending:** 02/13/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 05/22/09 (f)  
**§341(a) Meeting Date:** 07/13/09  
**Claims Bar Date:** 10/29/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | (Scheduled And Unscheduled (u) Property) | | | | | |
| 23 | Location: 2782 Goldenrod Drive, Yorkville IL  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | Wedding Rings and other jewelry  AMENDS #11 | 300.00 | 0.00 | | 0.00 | FA |
| 25 | Wachovia Securities  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 | 2008 Dodge Caliber  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 | 2001 Dodge Durango  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 | 1984 Mercury Capri  DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 29 | Settlement of Employment Discrimination Complain | 20,100.00 | 16,100.00 | | 30,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.51 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$489,528.46** | **$16,100.00** | | **$30,008.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee in process of preparing Final Account.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  **Current Projected Date Of Final Report (TFR):** July 20, 2010 (Actual)

Printed: 02/13/2011 08:47 PM  V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-18690 | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | GROFF, ANTHONY E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GROFF, DIANNA L | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | **-***0817 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/10 | {29} | Sheffield Towne Association | settlement proceeds | 1129-000 | 30,000.00 | | 30,000.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 30,000.69 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 30,001.83 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 30,003.17 |
| 04/06/10 | 1001 | Illinois Department of Revenue | ESTATE OF DIANNA L. GROFF | 2690-000 | | 143.00 | 29,860.17 |
| 04/06/10 | 1002 | Illinois Department of Revenue | Estate of Anthony Groff | 2690-000 | | 143.00 | 29,717.17 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.77 | | 29,717.94 |
| 04/20/10 | | Wire out to BNYM account 9200******7165 | Wire out to BNYM account 9200******7165 | 9999-000 | -29,717.94 | | 0.00 |
| | | | ACCOUNT TOTALS | | 286.00 | 286.00 | $0.00 |
| | | | Less: Bank Transfers | | -29,717.94 | 0.00 | |
| | | | Subtotal | | 30,003.94 | 286.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,003.94 | $286.00 | |

{} Asset reference(s)

Printed: 02/13/2011 08:47 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-18690  
**Case Name:** GROFF, ANTHONY E  
GROFF, DIANNA L  
**Taxpayer ID #:** **-***0817  
**Period Ending:** 02/13/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7165 | Wire in from JPMorgan Chase Bank, N.A. account ********7165 | 9999-000 | 29,717.94 | | 29,717.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 29,718.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.77 | | 29,720.33 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.71 | | 29,722.04 |
| 07/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.47 | | 29,722.51 |
| 07/08/10 | | To Account #9200******7166 | to close estate and disburse | 9999-000 | | 29,722.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **29,722.51** | **29,722.51** | **$0.00** |
| | | | Less: Bank Transfers | | 29,717.94 | 29,722.51 | |
| | | | **Subtotal** | | **4.57** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.57** | **$0.00** | |

{} Asset reference(s)

Printed: 02/13/2011 08:47 PM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-18690 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | GROFF, ANTHONY E | | Bank Name: | The Bank of New York Mellon |
| | GROFF, DIANNA L | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***0817 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/10 | | From Account #9200******7165 | to close estate and disburse | 9999-000 | 29,722.51 | | 29,722.51 |
| 07/19/10 | | Dianna Groff | Exemption | 8100-002 | | -4,000.00 | 33,722.51 |
| 07/19/10 | | Dianna Groff | exemption | 8100-002 | | -4,000.00 | 37,722.51 |
| 07/19/10 | 101 | Dianna Groff | Exemption | 8100-002 | | 4,000.00 | 33,722.51 |
| 07/19/10 | | Dianna Groff | exemption reversal | 8100-002 | | 4,000.00 | 29,722.51 |
| 07/19/10 | | Dianna Groff | exemption reversal | 8100-002 | | 4,000.00 | 25,722.51 |
| 11/24/10 | 102 | Deborah K. Ebner Trustee | Dividend paid 100.00% on $3,350.85, Trustee Compensation;  Reference: | 2100-000 | | 3,350.85 | 22,371.66 |
| 11/24/10 | 103 | Lois West | Dividend paid 100.00% on $1,376.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,376.00 | 20,995.66 |
| 11/24/10 | 104 | Catherine Caporusso | Dividend paid 100.00% on $9,990.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 9,990.00 | 11,005.66 |
| 11/24/10 | 105 | DISCOVER BANK | Dividend paid  16.79% on $11,777.00; Claim# 1; Filed: $11,777.00; Reference: | 7100-000 | | 1,977.77 | 9,027.89 |
| 11/24/10 | 106 | Roundup Funding, LLC | Dividend paid  16.79% on $3,323.54; Claim# 2; Filed: $3,323.54; Reference: | 7100-000 | | 558.14 | 8,469.75 |
| 11/24/10 | 107 | Advanta Bank Corp | Dividend paid  16.79% on $12,298.98; Claim# 3; Filed: $12,298.98; Reference: | 7100-000 | | 2,065.42 | 6,404.33 |
| 11/24/10 | 108 | American Express Bank FSB | Dividend paid  16.79% on $3,717.61; Claim# 6; Filed: $3,717.61; Reference: | 7100-000 | | 624.31 | 5,780.02 |
| 11/24/10 | 109 | Chase Bank USA,N.A | Dividend paid  16.79% on $2,386.05; Claim# 7; Filed: $2,386.05; Reference: | 7100-000 | | 400.70 | 5,379.32 |
| 11/24/10 | 110 | American Express Centurion Bank | Combined Check for Claims#4,5  combined checks for same payee in error Voided on 11/24/10 | 7100-000 | | ! 3,126.31 | 2,253.01 |
| 11/24/10 | 110 | American Express Centurion Bank | Combined Check for Claims#4,5  combined checks for same payee in error Voided: check issued on 11/24/10 | 7100-000 | | ! -3,126.31 | 5,379.32 |
| 11/24/10 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#8,9  combined checks for same payee in error Voided on 11/24/10 | 7100-000 | | ! 2,253.01 | 3,126.31 |
| 11/24/10 | 111 | Chase Bank USA, N.A. | Combined Check for Claims#8,9  combined checks for same payee in error Voided: check issued on 11/24/10 | 7100-000 | | ! -2,253.01 | 5,379.32 |
| 11/24/10 | 112 | American Express Centurion Bank | Combined Check for Claims#4,5 Re-issued Voided on 11/24/10 | 7100-000 | | ! 3,126.31 | 2,253.01 |
| 11/24/10 | 112 | American Express Centurion Bank | Combined Check for Claims#4,5 Re-issued Voided: check issued on 11/24/10 | 7100-000 | | ! -3,126.31 | 5,379.32 |
| | | | | Subtotals : | $29,722.51 | $24,343.19 | |

{} Asset reference(s)        !-Not printed or not transmitted                    Printed: 02/13/2011 08:47 PM        V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-18690 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | GROFF, ANTHONY E | | Bank Name: | The Bank of New York Mellon |
| | GROFF, DIANNA L | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***0817 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/10 | 113 | Chase Bank USA, N.A. | Combined Check for Claims#8,9 Re-issued Voided on 11/24/10 | 7100-000 | | ! 2,253.01 | 3,126.31 |
| 11/24/10 | 113 | Chase Bank USA, N.A. | Combined Check for Claims#8,9 Re-issued Voided: check issued on 11/24/10 | 7100-000 | | ! -2,253.01 | 5,379.32 |
| 11/24/10 | 114 | American Express Centurion Bank | Dividend paid  16.79% | 7100-000 | | 3,016.45 | 2,362.87 |
| 11/24/10 | 115 | American Express Centurion Bank | Dividend paid  16.79% | 7100-000 | | 109.86 | 2,253.01 |
| 11/24/10 | 116 | Chase Bank USA, N.A. | Dividend paid  16.79% | 7100-000 | | 224.04 | 2,028.97 |
| 11/24/10 | 117 | Chase Bank USA, N.A. | Dividend paid  16.79% | 7100-000 | | 2,028.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,722.51 | 29,722.51 | $0.00 |
| | | | Less: Bank Transfers | | 29,722.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 29,722.51 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,722.51** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 30,003.94 | 286.00 | 0.00 |
| MMA # 9200-******71-65 | 4.57 | 0.00 | 0.00 |
| Checking # 9200-******71-66 | 0.00 | 25,722.51 | 0.00 |
| | $30,008.51 | $26,008.51 | $0.00 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/13/2011 08:47 PM    V.12.54